UNITED STATES *v.* MONTGOMERY WARD & CO.

No. 4406.—Invoice dated Nagoya, Japan, August 20, 1937.
Certified August 25, 1937.

Entered at Portland, Oreg., September 15, 1937.
Entry No. 489.

First Division, Appellate Term

(Decided October 6, 1938)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the appellant.
*G. W. R. Wallace* for the appellees.

Before McClelland, Sullivan, and Brown, Judges

McClelland, Presiding Judge: This application for review, having been formally abandoned, is dismissed without prejudice. Judgment will be rendered accordingly.